JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SHANE RIVERA, | Case No. 5:23-cv-00463-SSS (DTB) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| LEANNA LUNDY, ACTING WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: August 11, 2025

_____
SUNSHINE S. SYKES
United States District Judge

1